IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-4-381 |
| | § | C.A. No. C-07-246 |
| SANTOS CANO, | § | |
|    Defendant/Movant. | § | |

### FINAL JUDGMENT

The Court enters final judgment denying defendant Santos Cano's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 18th day of January, 2008.

_____
HAYDEN HEAD
CHIEF JUDGE